IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YENNY N. HERNANDEZ-CALCAGNO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 23-1574 (GLS) |

**ORDER**

Plaintiff Yenny N. Hernández-Calcagno filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied her application for disability insurance benefits. Docket No. 3.

On February 13, 2024, the Commissioner filed the transcript of the administrative record. Docket No. 14. Plaintiff filed her Memorandum of Law on March 14, 2024. Docket No. 15. On May 10, 2024, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 18.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of May 2024.

 s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge
