## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Yenny H.C.[1], <br><br> Plaintiff, <br><br> v. <br><br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CIVIL NO. 23-1574 (GLS) |

## ORDER

Plaintiff Yenny H.C. filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits. Docket No. 3. On May 13, 2024, the Court entered an Order remanding Plaintiff's disability insurance benefits claim to the Commissioner of the Social Security Administration for further administrative proceedings and entered Judgment accordingly. Docket Nos. 19-20.

On May 29, 2024, Plaintiff filed a motion requesting the award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Docket No. 21. Plaintiff sustains that she complied with all the statutory requirements under the EAJA for the award of attorney's fees. Id. On June 14, 2024, the Commissioner filed a motion informing the Court that he did not oppose the attorney's fee in the amount of $11,079.62 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Docket No. 24. The parties also agreed that the fees may be paid directly to Plaintiff's attorney, provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Program. Docket No. 21.

On November 16, 2023, this case was referred to the undersigned for disposition. Docket Nos. 7 and 9. Considering that the parties reached an agreement as to the amount to be paid pursuant to the EAJA (Docket Nos. 21 and 24), the Court **GRANTS** Plaintiff's request for attorney's fees against the United States of America in the amount of **$11,079.62**.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 20th day of June 2024.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge

---

[1]      Plaintiff's last name is omitted for privacy reasons.